IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSICA VANCREVELD-HUIT,

        Plaintiff,

    v.

WESTERN HEALTH ADVANTAGE,

        Defendant.

2:13-cv-00390-GEB-CKD

ORDER RE: SETTLEMENT AND DISPOSITION

Plaintiff filed a "Notice of Settlement" on March 21, 2013, in which she states: "the parties have reached a settlement of the above-entitled action. It is anticipated that a Stipulation for Dismissal will be filed within thirty (30) days." (ECF No. 7.)

Therefore, a dispositional document shall be filed no later than April 22, 2013. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Further, the Status Conference scheduled for hearing at 9:00 a.m. on May 13, 2013, will remain on calendar in the event no dispositional document is filed, or if this action is not otherwise

1

1  dismissed.[1]  A joint status report shall be filed fourteen (14) days
2  prior to the status conference.
3        IT IS SO ORDERED.
4  Dated:  March 22, 2013

                              _____
                              GARLAND E. BURRELL, JR.
                              Senior United States District Judge

---

[1]  The status conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987)(indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).